Filed          19-CI-001384    03/04/2019      David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/25/2019 02:29:54 PM
81717

CASE NO.                                    JEFFERSON CIRCUIT COURT
                                            DIVISION _____


CINDY GREENE                                              PLAINTIFF
3200 Halls Hill Rd.
Crestwood, KY 40014


vs.                        **COMPLAINT**


CRACKER BARREL OLD COUNTRY STORE, INC.                    DEFENDANTS
305 Hartmann Drive
Lebanon, TN 37087

      Serve:  Secretary of State

and

UNKNOWN DEFENDANTS who were individuals,
corporations or unincorporated associations involved
in the ownership, operation, cleaning and maintenance
of Cracker Barrel Store No. 417 on March 8, 2018

      Appoint Warning Order Attorney

                    * * *  * * *  * * *

      Comes the Plaintiff, Cindy Greene, by counsel, and for her cause of action against the

Defendants, Cracker Barrel Old Country Store, Inc. and Unknown Defendants, states as follows:

      1.      At all times mentioned herein, the Plaintiff, Cindy Greene, is a resident of

Crestwood, Oldham County, Kentucky.

      2.      Upon information and belief, the Defendant, Cracker Barrel Old Country Store, Inc.

(hereinafter "Cracker Barrel"), is a Tennessee corporation licensed to conduct business, and

transacting business, within the Commonwealth of Kentucky.  At the time of this filing, the

Kentucky Secretary of State's website was non-operational and information about registered

agents for service of process was unavailable both to the public and Secretary of State office

personnel.  Accordingly, Plaintiff cannot determine whether the Defendant maintains a registered

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000001 of 000004

Filed            19-CI-001384    03/04/2019            David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/25/2019 02:29:54 PM
81717

agent for service of process within the Commonwealth of Kentucky.  Service upon the Secretary of State is proper per KRS 454.210.

3.      The Unknown Defendants are individuals, corporations or unincorporated associations involved in the ownership, operation, cleaning and maintenance of Cracker Barrel Store No. 417 on March 8, 2018 and whose identities are presently unknown to the Plaintiff.

4.      At all times mentioned herein, the Defendant, Cracker Barrel, owned, operated, supervised and maintained a restaurant and retail store, identified as "Store No. 417," at 2701 Crittenden Drive, in Louisville, Jefferson County, Kentucky.

5.      On or about March 8, 2019, the Plaintiff, Cindy Greene, went to the above-referenced Cracker Barrel restaurant for lunch.

6.      Upon completing her lunch, the Plaintiff, Cindy Greene, arose from her table near the fireplace, picked up her check, and proceeded to walk toward the cash register to pay for her meal.

7.      As Plaintiff walked toward the register, the hardwood floor ahead of her appeared to be clean, dry and free of debris and defects.  Unbeknownst to the Plaintiff, however, the floor was covered with an imperceptible film of grease.  As a result of this greasy film, Plaintiff's feet flew out from beneath her and she fell, landing on her back.  As Plaintiff eventually sat upright and struggled to get to her feet, she realized her palms were coated with the greasy film on the floor.

8.      It was the duty of the Defendants, Cracker Barrel and Unknown Defendants, to regularly inspect their restaurant premises to ensure said property was free of defects and hazards which would imperil persons lawfully on the premises; to avoid creating any defects and hazards which would imperil persons lawfully on the premises; to correct or remedy any such defects and

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000002 of 000004

Filed          19-CI-001384   03/04/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/25/2019 02:29:54 PM
81717

hazards of which they were aware, or in the exercise of ordinary care, should have been aware; and to warn persons lawfully upon the premises of any defects or hazards of which they were aware, or in the exercise of ordinary care, should have been aware.

9.     The Defendants, Cracker Barrel and Unknown Defendants, breached one or more of their above-described duties when they failed to regularly inspect their premises for hazardous conditions; created a hazardous condition by failing to properly clean their floors or by cleaning with a greasy mop that only served to disperse and spread greasy substances rather than removing them from the floor; failed to warn the Plaintiff of the hazardous condition created by the greasy substance; and otherwise failed to take any remedial measures to protect Cracker Barrel's customer, Cindy Greene.

10.     At all times mentioned herein, the Defendants, Cracker Barrel and Unknown Defendants, knew or with the exercise of ordinary care, should have known, of the defective and unreasonably dangerous condition of the restaurant floor.

11.     As the direct and proximate results of the negligence and carelessness of the Defendants, Cracker Barrel and Unknown Defendants, Cindy Greene has been caused to incur medical expenses, will be caused to incur medical expenses in the future, has suffered lost income, will suffer lost income in the future, has had her ability to labor and earn wages permanently impaired, has sustained a permanent and severe injury, has endured great pain and suffering of body and mind, and will endure great pain and suffering of body and mind in the future.

WHEREFORE, the Plaintiff, Cindy Greene, demands judgment against the Defendants, Cracker Barrel and Unknown Defendants, as follows:

1.     Compensatory damages to fairly and reasonably compensate Plaintiff for her injuries;

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000003 of 000004

Filed          19-CI-001384    03/04/2019          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/25/2019 02:29:54 PM
81717

2.    Her costs incurred;

3.    Trial by jury; and

4.    Any and all other relief to which the Plaintiff may appear entitled.

Respectfully submitted,

SLECHTER LAW FIRM, PLLC


/s/ Mat A. Slechter
MAT A. SLECHTER
MEREDITH K. SLECHTER
2507 Bush Ridge Drive, Suite A
Louisville, Kentucky 40245
(502)384-7400

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000004 of 000004

CASE NO.                                         JEFFERSON CIRCUIT COURT
                                                 DIVISION _____


CINDY GREENE                                                      PLAINTIFF

vs.          **AFFIDAVIT FOR APPOINTMENT OF WARNING
             ORDER ATTORNEY FOR UNKNOWN DEFENDANTS**

CRACKER BARREL OLD COUNTRY STORE, INC. , ET AL        DEFENDANTS

                         \* \* \*   \* \* \*   \* \* \*

     Comes the Affiant, Mat A. Slechter, and after first being duly sworn, deposes and states as

follows:

    1.    I am counsel for the Plaintiff in the above-styled action;

    2.    That the Unknown Defendants are persons, corporations or unincorporated

associations who owned, operated, cleaned and maintained the Cracker Barrel restaurant located

at 2701 Crittenden Drive on March 8, 2018; and

    3.    The identity of each of these Unknown Defendants is presently not known to this

Affiant or to the Plaintiff herein.

    Further affiant sayeth naught.

                                    _____
                                    MAT A. SLECHTER

STATE OF KENTUCKY
COUNTY OF JEFFERSON

    SUBSCRIBED AND SWORN TO before me by Mat A. Slechter on this the 4th day of
March, 2019.

                                    _____
                                    NOTARY PUBLIC, KENTUCKY
                                    STATE AT LARGE

    My commission expires:   8-15-2020

*Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)*

*AFW : 000001 of 000001*

Filed            19-CI-001384    03/04/2019        David L. Nicholson, Jeffer**NOT ORIGINAL** DOCUMENT
                                                                            03/25/2019 02:30:10 PM
                                                                            81717

David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

                    BOYD, ROBERT
                    6708 SHEPHERDSVILLE RD. STE. 3
                    LOUISVILLE, KY 40228

                                                                    Generated: 03/04/2019

| | | |
|---|---|---|
| **AOC-110**     **Doc Code: AWOA** | | Case Number: **19-CI-001384** |
| **Rev. 7-14** | | Court: **1** |
| **Commonwealth of Kentucky** | | County: **JEFFERSON** Circuit |
| **Court of Justice**    *Courts.Ky.gov* | **APPOINTMENT OF WARNING ORDER ATTORNEY** | Division: **CIRCUIT** |
| **Rule CR 4.05; 4.07** | | |

*Plaintiff,* **GREENE, CINDY VS. CRACKER BARREL OLD COUNTRY STORE, INC., ET,** *Defendant*

### UNKNOWN DEFENDANTS

Warning Order Appointed For

Not later than fifty (50) days after the date of this Order, the above-named Defendant is warned to appear and answer the Complaint/Petition of the above-named Plaintiff filed against him/her.

**HON. BOYD, ROBERT**

a regular practicing attorney of this Court, is appointed to correspond with the Defendant, and to inform him/her by mail concerning the pendency and nature of this action, and to file his/her report in the Clerk's office of this Court within fifty (50) days after the date of this Order.

*David L. Nicholson*

Jefferson Circuit Clerk

Date: **03/04/2019**

FILED:  CI   19-CI-001384     David L. Nicholson, Jefferson Circuit Clerk

# JEFFERSON County

## Random Judge Assignment Report

**Court:** | Circuit Court

**Requestor:** | ccla                    **Reference/Case Number:** | 19-ci-001384

**This Case has been Assigned to:** | 10 | **Division**

Hon. Angela McCormick Bisig | 630326

**Control Date/Time:** | 03/04/2019   2:29:53PM



AOC-E-105       Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **19-CI-001384**
Court:  **CIRCUIT**
County: **JEFFERSON Circuit**

---

*Plantiff,* **GREENE, CINDY VS. CRACKER BARREL OLD COUNTRY STORE, INC., ET**, *Defendant*

TO:  **CRACKER BARREL OLD COUNTRY STORE, INC.**
   **305 HARTMANN DRIVE**
   **LEBANON, TN 37087**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **3/4/2019**

MCCORMICK. BISIG (630326)

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating

  To: _____

☐ Not Served because: _____

  Date: _____, 20 _____

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

Summons ID: @00000901488
CIRCUIT: 19-CI-001384 Long Arm Statute – Secretary of State
GREENE, CINDY VS. CRACKER BARREL OLD COUNTRY STORE, INC., ET



Page 1 of 1

*eFiled*

Commonwealth of Kentucky
Jefferson County
David Nicholson
Circuit Court Clerk

Receipt Number: 71-0067226-A

DATE: 03/04/2019

TIME: 02:43 PM

*** (Z) OTHER TYPE RECEIPT ***

CASE NO: 19-CI-001384

RECEIVED FROM: MAT SLECHTER

ACCOUNT OF: GREENE, CINDY VS. CRACKER BAR

PARTY NAME: MAT SLECHTER

| | | |
|---|---|---|
| 1. | ATJ Fee (1) | 20.00 |
| 2. | Civil Filing Fee (Q) | 150.00 |
| 3. | Court Technology MCFO(K(CT)) | 20.00 |
| 4. | Library Fee (L) | 3.00 |
| 5. | Attorney Tax Fee MCFO(K(Q)) | 5.00 |
| 6. | Jury Demand/12 CS(W(M)) | 70.00 |
| 7. | Postage MCFO(K(H)) | 13.15 |
| 8. | Secretary of State MCFO(K(SOS)) | 10.00 |
| 9. | Copy-Photocopies CS(W(F)) | 3.80 |
| 10. | Attestation CS(W(C)) | 0.50 |
| 11. | Copy-Photocopies CS(W(F)) | 1.90 |

Envelope # 1501999

Prepared By: Web_Payment

** MCFO=Money Collected for Others

** CS=Charge for Services

Payer                                    Page 1 of 2

Commonwealth of Kentucky
Jefferson County
David Nicholson
Circuit Court Clerk

Receipt Number: 71-0067226-A

DATE: 03/04/2019

TIME: 02:43 PM

*** (Z) OTHER TYPE RECEIPT ***

CASE NO: 19-CI-001384

RECEIVED FROM: MAT SLECHTER

ACCOUNT OF: GREENE, CINDY VS. CRACKER BAR

PARTY NAME: MAT SLECHTER

| | | |
|---|---|---|
| 1. | ATJ Fee (1) | 20.00 |
| 2. | Civil Filing Fee (Q) | 150.00 |
| 3. | Court Technology MCFO(K(CT)) | 20.00 |
| 4. | Library Fee (L) | 3.00 |
| 5. | Attorney Tax Fee MCFO(K(Q)) | 5.00 |
| 6. | Jury Demand/12 CS(W(M)) | 70.00 |
| 7. | Postage MCFO(K(H)) | 13.15 |
| 8. | Secretary of State MCFO(K(SOS)) | 10.00 |
| 9. | Copy-Photocopies CS(W(F)) | 3.80 |
| 10. | Attestation CS(W(C)) | 0.50 |
| 11. | Copy-Photocopies CS(W(F)) | 1.90 |

Envelope #: 1501999

Prepared By: Web_Payment

** MCFO=Money Collected for Others

**CS=Charge for Services

Filing (KYCOURTS)                        Page 1 of 2

Commonwealth of Kentucky
Jefferson County
David Nicholson
Circuit Court Clerk

Receipt Number: 71-0067226-A

DATE: 03/04/2019

TIME: 02:43 PM

*** (Z) OTHER TYPE RECEIPT ***

CASE NO: 19-CI-001384

RECEIVED FROM: MAT  SLECHTER

ACCOUNT OF: GREENE, CINDY VS. CRACKER BAF

PARTY NAME:MAT  SLECHTER

TOTAL:                    $297.35

CREDIT CARD:              $297.35

***DIFF:                      0.00

*** Credit Card Invoice #: 88438101

Envelope # 1501999

Prepared By: Web_Payment

** MCFO=Money Collected for Others

** CS=Charge for Services

Payer                            Page 2 of 2

Commonwealth of Kentucky
Jefferson County
David Nicholson
Circuit Court Clerk

Receipt Number: 71-0067226-A

DATE: 03/04/2019

TIME: 02:43 PM

*** (Z) OTHER TYPE RECEIPT ***

CASE NO: 19-CI-001384

RECEIVED FROM: MAT  SLECHTER

ACCOUNT OF: GREENE, CINDY VS. CRACKER BAF

PARTY NAME:MAT  SLECHTER

TOTAL:                    $297.35

CREDIT CARD:              $297.35

***DIFF:                      0.00

*** Credit Card Invoice #: 88438101

Envelope # 1501999

Prepared By: Web_Payment

** MCFO=Money Collected for Others

** CS=Charge for Services

Filing (KYCOURTS)                Page 2 of 2

NOT ORIGINAL DOCUMENT
03/25/2019 02:30:55 PM
81717

CASE NO.                                        JEFFERSON CIRCUIT COURT
                                                DIVISION _____

CINDY GREENE                                                        PLAINTIFF

vs.          **PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
             REQUESTS FOR PRODUCTION OF DOCUMENTS**

CRACKER BARREL OLD COUNTRY STORE, INC. , ET AL          DEFENDANTS

* * *   * * *   * * *

   The Defendant, Cracker Barrel Old Country Store, Inc. (also referred to herein as "Cracker Barrel"), is hereby notified to answer the following interrogatories and respond to the following requests for production of documents under oath and in writing within forty-five (45) days from the date of service hereof, and in accordance with the Kentucky Rules of Civil Procedure.  These questions are asked as continuing interrogatories where CR 26.05 so provides, and knowledge of the attorneys, claims agents, or any other agent or employee of the Defendant shall be deemed to be knowledge of the Defendant, and you are requested to supplement your responses to include all information later acquired relating to these questions that may add to, change or correct your answers as soon as reasonably possible after acquiring such new information, as provided by the Kentucky Rules of Civil Procedure.

### INTERROGATORIES

   **INTERROGATORY NO. 1:**  Please state the name and address of each individual known to you, your agents, or attorneys who will or may testify to the past or present physical capabilities of the Plaintiff, Cindy Greene.

   **ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000001 of 000012

1

NOT ORIGINAL DOCUMENT
03/25/2019 02:30:55 PM
81717

**INTERROGATORY NO. 2:**          Please state the name address of each individual who answered or assisted in answering these interrogatories.

**ANSWER:**

**INTERROGATORY NO. 3:**          Please state the name and address of each individual known to you, your agents, or attorneys who will or may testify to what the Plaintiff said concerning the injuries sustained by the Plaintiff as a result of the incident described in the Complaint.

**ANSWER:**

**INTERROGATORY NO. 4:**          Please state the name, address, and telephone number of each and every person who has knowledge of discoverable matters in this case.

**ANSWER:**

**INTERROGATORY NO. 5:**          Please state whether there was in existence any policy of liability insurance that would or might inure to the benefit of the Plaintiff herein, by providing for payment of a part of or all of any judgment rendered in favor of the Plaintiff against any defendant or against any other person, firm, or corporation, who is or may be liable to the Plaintiff by reason of the incident described the Complaint, and if the answer is in the affirmative, state as follows as to each such policy of insurance known or believed to exist by you or your attorneys:

a.     The name and address of the insurer on each such policy;

b.     The name and address of each named insured on each such policy;

2

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000002 of 000012

NOT ORIGINAL DOCUMENT
03/25/2019 02:30:55 PM
81717

c.      The policy number of each such policy;

d.      The name and address of any person, firm, or corporation who is or may

be an "additional insured" and any named defendant(s) in this case;

e.      The limits of liability on such policy as might be applied to any one plaintiff by

reason of any one incident, and the total limits of liability of all persons by reason

of any one incident;

f.      Whether or not any insurer has notified any insured that said insurer or any other

person, firm, or corporation must pay a part of or all of any judgment before the

insurer must make payment; if so, what payment must be made and by whom before

the insurer must make payment;

g.      Whether any insurer has notified any insured that said insurer claims that there is

or may be no coverage under the terms of the policy of insurance involved;

h.      If the answer to subparagraph (g) is in the affirmative, describe the reason   given

for the claimed lack of coverage or failure thereof as stated by said insurer

(identifying same) to said insured (identifying same), and state the date of such

notice.  [Note: if such policy defense is withdrawn or waived, this subparagraph

need not be answered.]; and

i.      The exact name address of the resident agent of each insurance company.

**ANSWER:**


**INTERROGATORY NO. 6:**        Please state whether you, your attorney, or anyone

acting on your behalf, has obtained any statements in any form, from any person regarding any of

the events or occurrences referred to in the Complaint.  If so, please give the name, address, and

3

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000003 of 000012

NOT ORIGINAL DOCUMENT
03/25/2019 02:30:55 PM
81717

telephone number of each person from whom such statement was taken, the date on which each

such statement was taken, the name and address of the person who took such statement, the names

and addresses of such persons having custody of the statement, and whether such statements were

written by a recording device, by a court reporter or stenographer.

      **ANSWER:**


      **INTERROGATORY NO. 7:**      If you have asserted any affirmative defenses in your

Answer, please list each and every fact upon which you rely in asserting each affirmative defense.

      **ANSWER:**


      **INTERROGATORY NO. 8:**      Please list the name, address, and telephone number

of each and every person who may have witnessed the events described in the Complaint.

      **ANSWER:**


      **INTERROGATORY NO. 9:**      Please state the name, address, and telephone number

of each and every expert witness you intend to call to testify in person or by deposition at the trial

of this action.

      **ANSWER:**


      **INTERROGATORY NO. 10:**      Please state the subject matter on which the expert is

expected to testify, the substance of the facts and opinions to which the expert is expected to testify,

and a summary of the grounds for each opinion.

      **ANSWER:**

4

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000004 of 000012

**INTERROGATORY NO. 11:**     Please state whether you have compiled any incident reports, internal memoranda or other writings of this nature concerning the injuries sustained by the Plaintiff, stating:

    a.    The date each such document was prepared;

    b.    The reason for the preparation of the document, including but not limited to insurance requirements and requirements by any standards;

    c.    A brief description of the subject matter of each such document; and

    d.    The present custodian of each such document.

**ANSWER:**

**INTERROGATORY NO. 12:**     Please state whether you, your agents, servants, attorneys, or employees have possession, custody or control of any photographs of the Plaintiff, the alleged defect upon which she claims to have fallen, or the scene of the injury referenced in the Complaint.  If so, please state the name and address of the custodian of the photographs, the name and address of the photographer, and the date on which the photographs were taken.

**ANSWER:**

**INTERROGATORY NO. 13:**     Please state whether you, your agents, attorneys, servants, or employees have possession, custody, or control of any movies, video or video surveillance of any parties to this lawsuit or the incident described in the Complaint.

**ANSWER:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000005 of 000012

5

NOT ORIGINAL DOCUMENT
03/25/2019 02:30:55 PM
81717

**INTERROGATORY NO. 14:**          If the answer to the above interrogatory is in the affirmative, please state with respect to each such movie or video:

    a.     The name and address of each party who was the subject of the movie or video;

    b.     The date the movie or video was taken; and

    c.     The name and address of the individual who filmed the movie or video.

    **ANSWER:**


**INTERROGATORY NO. 15:**          Have you, your agents, attorneys, servants, or employees retained any individuals to perform any surveillance or investigation of any of parties in this lawsuit?

    **ANSWER:**


**INTERROGATORY NO. 16:**          If the answer to the above interrogatory is in the affirmative, please state:

    a.     The names and addresses of the person(s) or firm you retained;

    b.     The name and address the party who is or was the subject of surveillance; and

    c.     Whether such surveillance is yet to be performed, and if so, the scheduled dates of surveillance.

    **ANSWER:**


**INTERROGATORY NO. 17:**          Please state whether the Defendant is aware of any individuals other than Plaintiff who reported falling as a result of slippery, slick or greasy floors

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000006 of 000012

Filed          19-CI-001384     03/04/2019          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
03/25/2019 02:30:55 PM
81717

at the Defendant's Crittenden Drive location in the one year preceding the incident referenced in

the Complaint, and for each such individual, state:

    a.     The name and address of the individual; and

    b.     The date of the reported incident.

    **ANSWER:**


    **INTERROGATORY NO. 18:**     With regard to the allegedly greasy floor referenced

in the Complaint, please state:

    a.     The last time the floor was mopped prior to Plaintiff's alleged fall;

    b.     The names and addresses of all persons involved in mopping the floor on that

occasion;

    c.     The substances, e.g., solvents, detergents, water, etc. used to mop the floor on that

occasion;

    d.     The specific tools used to mop the floor on that occasion, e.g., looped dust mops,

sponge mops, string mops, microfiber mops, etc.

    e.     The make and manufacturer of all tools used to mop the floor on that occasion; and

    f.     The amount of time each mopping tool had been in service at the Defendant's

restaurant as of the last mopping prior to Plaintiff's alleged fall.

    **ANSWER:**


    **INTERROGATORY NO. 19:**     Please state whether the Defendant has made any

repairs, alterations or modifications of any kind to its floor cleaning procedures, or taken any other

subsequent remedial measures, since March 8, 2018 and for each such measure state:

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000007 of 000012

7

Filed          19-CI-001384    03/04/2019        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
03/25/2019 02:30:55 PM
81717

a.    The specific nature of the repair, alteration, modification or remedial measure; and

b.    The cost associated with said repair, alteration, modification or remedial measure.

**ANSWER:**

**INTERROGATORY NO. 20:**    Does the Defendant have a safety committee for its Crittenden Drive restaurant location?  If so, please identify by name and address all members of the safety committee.

**ANSWER:**

**INTERROGATORY NO. 21:**    Did the Defendant have a manager in March, 2018 who was directly responsible for safety at its Crittenden Drive location?  If so, please identify that person by name and address.

**ANSWER:**

**INTERROGATORY NO. 22:**    Who was the manager responsible for general maintenance and upkeep of the Defendant's Cracker Barrel restaurant at Crittenden Drive in March, 2018?

**ANSWER:**

**INTERROGATORY NO. 23:**    As of March, 2018, did the Defendant have a policy or procedure in regard to periodic deep cleaning and/or degreasing of its floors?  [For purposes of this interrogatory, "deep cleaning" refers to any cleaning that is beyond routine sweeping and mopping, and "degreasing" refers to any cleaning process that is specifically concerned with

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000008 of 000012

8

NOT ORIGINAL DOCUMENT
03/25/2019 02:30:55 PM
81717

removing accumulated grease and oil that might not be easily removed from floors with routine sweeping and mopping.]  If so,

    a.    What was that established policy or procedure?

    b.    Was this a *written* policy or procedure?

    **ANSWER:**

    **INTERROGATORY NO. 24:**    What are the standards, guidelines or inspection protocol used to determine when the Defendant's restaurant floors are in need of deep cleaning and or degreasing?

    **ANSWER:**

    **INTERROGATORY NO. 25:**    As of March 2018, did the Defendant have an outside cleaning company that cleaned and maintained its Crittenden Drive Cracker Barrel restaurant?  If so, please provide the name, address and telephone number of the cleaning company.

    **ANSWER:**

    **REQUESTS FOR PRODUCTION OF DOCUMENTS**

    **REQUEST NO. 1:**    Please attach photocopies of any and all policies of insurance that provide coverage to the Defendant for the injury that is the subject of this action.

    **RESPONSE:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000009 of 000012

9

Filed          19-CI-001384    03/04/2019          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
03/25/2019 02:30:55 PM
81717

**REQUEST NO. 2:**   Please produce for inspection and copying all photographs of the scene, the Plaintiff, or the area where the Plaintiff claims to have been injured. [Note: quality color copies may be furnished in lieu of the originals.]

**RESPONSE:**


**REQUEST NO. 3:**   Please produce a copy of any video footage, including (a) surveillance footage taken of the Plaintiff on the Defendant's premises, and (b) surveillance footage taken elsewhere at any time since the incident referenced in the Complaint. [Note: quality DVD copies or other digital video format may be furnished in lieu of original recordings.]

**RESPONSE:**


**REQUEST NO. 4:**   Please produce copies of any and all medical expenses, medical reports, or hospital records related to the Plaintiff's condition.

**RESPONSE:**


**REQUEST NO. 5:**   Please produce copies of any statements obtained from any witness or from the Plaintiff.

**RESPONSE:**


**REQUEST NO. 6:**   Please produce copies of any documents signed by the Plaintiff that in any way relate to this case.

**RESPONSE:**

10

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000010 of 000012

NOT ORIGINAL DOCUMENT
03/25/2019 02:30:55 PM
81717

**REQUEST NO. 7:**    Please produce copies of any incident reports, internal memoranda, or other writings compiled by the Defendant concerning the Plaintiff's accident or injuries.

**RESPONSE:**

**REQUEST NO. 8:**    Please produce copies of any work order, maintenance requests or other written documents generated or received by the Defendant on March 8, 2018 concerning cleaning, repair, modification or alteration of the floor upon which Plaintiff claims to have fallen.

**RESPONSE:**

**REQUEST NO. 9:**    Please produce a copy of all literature and labels accompanying any and all mops and cleaning agents utilized by the Defendant in cleaning its restaurant floors at the Crittenden Drive location in March, 2018.

**RESPONSE:**

**REQUEST NO. 10:**    Please provide complete copies of the Defendant's written policies and procedures as of March, 2018 for the inspection, care, cleaning and maintenance of its restaurant floors.

**RESPONSE:**

**REQUEST NO. 11:**    Please provide copies of all accident or incident reports concerning falls compiled by the Defendant at its Crittenden Drive location for the twelve (12) months preceding the incident described in the Complaint and for six (6) months thereafter.

**RESPONSE:**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000011 of 000012

11

NOT ORIGINAL DOCUMENT
03/25/2019 02:30:55 PM
81717

**REQUEST NO. 12:** If the Defendant has a safety committee at its Crittenden Drive

location, please provide the minutes from each safety committee meeting from six (6) months prior

to the incident described in the Complaint and for two (2) months thereafter.

**RESPONSE:**



Respectfully Submitted,

SLECHTER LAW FIRM, PLLC


/s/ Mat A. Slechter
MAT A. SLECHTER
MEREDITH K. SLECHTER
2507 Bush Ridge Drive, Suite A
Louisville, KY 40245
Phone: (502) 384-7400
mat@kytrialfirm.com


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served with the Complaint.


/s/ Mat A. Slechter
Mat A. Slechter

12

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

IRPD : 000012 of 000012

FILED IN CLERKS OFF
JEFFERSON CIRCUIT

7019 MAR 19 PM 4:01

CLERK 000
_____ D.C.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CRACKER BARREL OLD COUNTRY STORE
SECRETARY OF STATE
P. O. BOX 718
FRANKFORT, KY 40602
19-CI-1384

9590 9402 4501 8278 0696 51

19-CI-1384

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

MAR 14 2019

BRIAN HOWARD

MAR 14 2019

2. Article Number *(Transfer from service label)*

7017 2620 0000 1917 0924

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

Alison Lundergan Grimes
Secretary of State

FILED IN CLERKS OFF
JEFFERSON CIRCUIT

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

2019 MAR 22 PM 3: 46

CLERK 000
_____ D.C.

Circuit Court Clerk
Jefferson County
700 West Jefferson St.
Louisville, KY 40202

FROM:        SUMMONS DIVISION
             SECRETARY OF STATE

RE:          CASE NO: 19-CI-001384

DEFENDANT:   **CRACKER BARREL OLD COUNTRY STORE, INC.**

DATE:        March 19, 2019

The Office of the Secretary of State was served with a summons and accompanying
documents for the captioned defendant on

March 11, 2019

This office served the defendant by sending a copy of the summons and accompanying
documents via certified mail, return receipt requested, on

March 11, 2019

NOT ORIGINAL DOCUMENT
03/25/2019 02:31:34 PM
81717

CASE NO. 19-CI-001384                                    JEFFERSON CIRCUIT COURT
                                                              DIVISION TEN (10)
                                              HON. ANGELA MCCORMICK BISIG, JUDGE

*Electronically Filed*
CINDY GREENE                                                          PLAINTIFF

v.                                **ANSWER**

CRACKER BARREL OLD COUNTRY STORE, INC., ETAL.                       DEFENDANTS

---

Comes now the Defendant, Cracker Barrel Old Country Store, Inc., by counsel, and for its Answer to the Complaint states as follows:

1.      The allegations and averments contained in Paragraph 1 are denied, as we are without sufficient knowledge or information to form a belief as to their truth or falsity.

2.      The allegations and averments contained in Paragraph 2 regarding Cracker Barrel's incorporation in Tennessee is admitted.  It is further admitted that Cracker Barrel does business in the Commonwealth of Kentucky.  The remaining allegations and averments contained in this Paragraph, however, are denied, as we are without sufficient knowledge or information to form a belief as to their truth or falsity.

3.      The allegations and averments contained in Paragraph 3 denied, as we are without sufficient knowledge or information to form a belief as to their truth or falsity.

4.      The allegations and averments contained in Paragraph 4 are admitted.

5.      The allegations and averments contained in Paragraph 5 regarding the approximate date of the Plaintiff's accident are admitted.  The remaining allegations and averments contained in this Paragraph, however, are denied.

ANS : 000001 of 000004

NOT ORIGINAL DOCUMENT
03/25/2019 02:31:34 PM
81717

6.     The allegations and averments contained in Paragraph 6 are denied, as we are currently without sufficient knowledge or information to form a belief as to their truth or falsity.

7.     The allegations and averments contained in Paragraph 7 are denied.

8.     The allegations and averments contained in Paragraph 8 are denied, as they assert legal conclusions.

9.     The allegations and averments contained in Paragraph 9 are denied.

10.    The allegations and averments contained in Paragraph 10 are denied.

11.    The allegations and averments contained in Paragraph 11 are denied.

12.    All remaining allegations and averments contained in the complaint, not expressly admitted or addressed above, are hereby specifically denied.

13.    To the extent applicable, the plaintiffs' claims are barred, in whole or in part, by the defenses of comparative fault and/or failure to mitigate alleged damages.

14.    To the extent that any and/or all of Plaintiff's claimed damages have been and/or will be "written down" and/or "written off," then we hereby plead the defenses of credit, set-off and/or that the Plaintiff is not the real party in interest regarding those claims.

15.    The complaint, in whole or in part, fails to state claims upon which relief may be granted.

16.    Out of an abundance of caution, Cracker Barrel asserts the applicable statute of limitations.

17.    The defenses of insufficiency of process and insufficiency of service of

ANS : 000002 of 000004

NOT ORIGINAL DOCUMENT
03/25/2019 02:31:34 PM
81717

process are pled.

18.    Cracker Barrel hereby adopts, incorporates and pleads by reference, each and every defense available under CR 8 and CR12 of the Kentucky Rules of Civil Procedure, and hereby reserves the right to assert any and all defenses and/or claims as discovery and investigation in this matter continues.

WHEREFORE, the Defendant, Cracker Barrel Old Country Store, Inc. hereby respectfully demands as follows:

1.    Dismissal of all claims against it, with prejudice;

2.    Its costs herein expended, and;

3.    Any and all other relief, legal or equitable, to which it appears entitled.

Respectfully submitted,

PHILLIPS PARKER ORBERSON & ARNETT, PLC

*/s/ William B. Orberson*
William B. Orberson
worberson@ppoalaw.com
716 West Main Street, Suite 300
Louisville, Kentucky 40202
Phone:  (502) 583-9900
Fax:  (502) 583-9900
*Counsel for Defendant,*
*Cracker Barrel Old Country Store, Inc.*

Filed          19-CI-001384   03/18/2019          David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
                                                                                          03/25/2019 02:31:34 PM
                                                                                          81717

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2019, I electronically filed this
document through the ECF system, which will send a notice of electronic filing to:

Mat A. Slechter
SLECHTER LAW FIRM, PLLC
2507 Bush Ridge Drive, Suite A
Louisville, Kentucky 40245
*Counsel for Plaintiff*

/s/ *William B. Orberson*
William B. Orberson

ANS : 000004 of 000004